No. 98–1294. IN RE JOHNSTON;
No. 98–1354. IN RE CATCHPOLE; and
No. 98–8271. IN RE TAYLOR. Petitions for writs of mandamus denied.

No. 98–942. FIORE v. WHITE, WARDEN, ET AL. C. A. 3d Cir. Certiorari granted limited to Questions 1 and 3 presented by the petition.

No. 98–1189. BOARD OF REGENTS OF THE UNIVERSITY OF WISCONSIN SYSTEM v. SOUTHWORTH ET AL. C. A. 7th Cir. Certiorari granted limited to the following question: "Whether the First Amendment is offended by a policy or program under which public university students must pay mandatory fees that are used in part to support organizations that engage in political speech?"

No. 97–1356. COUNTY OF AITKIN ET AL. v. MILLE LACS BAND OF CHIPPEWA INDIANS ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–579. CACHE VALLEY ELECTRIC CO. v. UTAH DEPARTMENT OF TRANSPORTATION ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–1061. CASE v. KINSEY ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–1124. KABIR ET AL. v. BACKSTROM & NEAL ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 98–1130. DALLAS FIRE FIGHTERS ASSN. ET AL. v. CITY OF DALLAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–1159. HUFFMAN ET AL. v. COUNTY OF LOS ANGELES ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–1173. CITY OF ATLANTA v. R. MAYER OF ATLANTA, INC., ET AL. C. A. 11th Cir. Certiorari denied.